# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| OLAUDAH McKENZIE, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | CV616-086 |
| | ) | CR615-001 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## ORDER

Movant Olaudah McKenzie seeks copies of two dozen motions, orders, and minute orders to "effectively work" on his 28 U.S.C. § 2255 motion. Doc. 355. He does not specify why he needs any individual document, much less the lot of them. The Government opposes his request. Doc. 358.

Even after a § 2255 motion or habeas petition is filed, a petitioner is generally "not entitled to discovery as a matter of ordinary course" but must instead demonstrate "good cause." *Arthur v. Allen*, 459 F.3d 1310, 1310 (11th Cir. 2006); *see also* Rules 1(b) and 6(a) of the Rules Governing § 2254 Cases; Rule 6(a) of the Rules Governing Section 2255 Proceedings; *United States v. Hollis*, 2010 WL 892196 (D. Ak. Mar. 10, 2010) (denying document unsealing without a relevancy showing because such production

would just be a "fishing expedition for the sake of turning up new potential 2255 claims).

Here, McKenzie has not made any need-based showing for these documents beyond his vague, conclusory belief that they may be of some use to him. *See* doc. 355. His request is therefore denied. *See Hands v. United States*, 2016 WL 4995074 at *3 (E.D.N.C. Sept. 19, 2016). Pursuant to 28 U.S.C. § 1914(b), McKenzie may request and pay for copies of court records. The cost for reproducing any record or paper is $.50 per page, such fee to be tendered to the Clerk with any request for copies of court files directed to the Clerk of Court. Judicial Conference Schedule of Fees at ¶ 4 (effective Dec. 1, 2016).

Accordingly, McKenzie's motion for copies of court documents is **DENIED**.

**SO ORDERED**, this __27th__ day of January, 2017.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA