
FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 3:54 pm, Mar 07, 2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| OLAUDAH MCKENZIE | ) | |
| | ) | CV 616-86 |
| v. | ) | CR 615-001 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## ORDER

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

So ORDERED, this 7 day of February, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA