# United States District Court
# for the Southern District of Georgia
# Statesboro Division

```
UNITED STATES OF AMERICA,        )
                                 )
                                 )
v.                               )      CR615-001-5
                                 )
                                 )
OLAUDAH MCKENZIE,                )
                                 )
        Defendant.               )
```

## ORDER

Before the Court is Olaudah McKenzie's ("McKenzie") motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) and Amendment 782. Dkt. No. 405. For the reasons below, McKenzie's motion is **DENIED**.

In June 2015, McKenzie pleaded guilty to the lesser included offense of conspiracy to possess with intent to distribute and to distribute a quantity of cocaine. Dkt. No. 154. He was sentenced to 169 months' imprisonment with the Bureau of Prisons. According to the Bureau of Prisons' website, McKenzie is incarcerated at FCI Pollock in Pollock, Louisiana, with a projected release date of January 31, 2027.

Now McKenzie moves the Court to reduce his sentence of imprisonment under 18 U.S.C. § 3582(c)(2), specifically requesting retroactive application of Amendment 782 to the

United States Sentencing Guidelines.   McKenzie, however, has already received the benefit of that amendment, which became effective immediately for defendants sentenced on or after November 1, 2014.   At his sentencing on October 19, 2015, McKenzie's guidelines were calculated using the November 1, 2014 edition of the Guidelines Manual, which incorporated all guideline amendments, including the two-level offense level adjustment contained in Amendment 782.

Because McKenzie is not entitled to further relief, his motion for a sentence reduction, dkt. no. 405, is **DENIED**.

**SO ORDERED**, this 7th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA